IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GMC CONTRACTING, INC., an Alaska corporation,<br><br>      Plaintiff,<br><br>    v.<br><br>THE DELANEY GROUP, INC. dba TETRA TECH CONSTRUCTION, a New York corporation,<br><br>      Defendant. | CASE NO. 3:12-cv-00092-JWS<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

TO THE HONORABLE JUDGE OF THIS COURT:

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Tetra Tech Construction, Inc., formerly known as The Delaney Group, Inc., ("Tetra Tech") and GMC Contracting, Inc. ("GMC") file this Joint Stipulation of Dismissal with Prejudice.

    This stipulation is being filed in accord with a Settlement Agreement reached on January 2, 2013. Having completed all of the prerequisites listed in the Settlement Agreement, the Parties hereby seek to dismiss this case with prejudice. Under Rule 41(a)(1)(A)(ii), the Parties submit this Joint Stipulation of Dismissal with Prejudice with the Parties to bear their own costs and fees for the Court's approval.

1

DATED at Anchorage, Alaska, Seattle, Washington and/or Houston, Texas, this 24th day of January, 2013.

**APPROVED:**

FELDMAN ORLANSKY & SANDERS

    *s/ Jeffrey M. Feldman*
Jeffrey M. Feldman
William J. Wailand
500 L Street, Fourth Floor
Anchorage, Alaska 99501
Phone: (907) 272-3538
Fax: (907) 274-0819
Email: feldman@frozenlaw.com

ATTORNEYS FOR TETRA TECH CONSTRUCTION, INC.

GREENBERG TRAURIG, LLP

    *s/ Michael L. Burnett*
Michael L. Burnett, *pro hac vice*
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Phone: (713) 374-3580
Fax: (713) 754-7580
Email: burnettm@gtlaw.com

ATTORNEYS FOR TETRA TECH CONSTRUCTION, INC.

OLES MORRISON RINKER & BAKER LLP

    *s/ J. Craig Rusk*
J. Craig Rusk
701 Pike Street, Suite 1700
Seattle, Washington 98101
Phone: 206.623.3427
Fax: 206.682.6234
Email: Rusk@OLES.com
Traeger Machetanz
745 W. Fourth Avenue, Suite 502
Anchorage, AK 99501-2136
Phone: 907-258-0106
Fax: 907-258-5519
Email: machetanz@oles.com

ATTORNEYS FOR GMC CONTRACTING, INC.

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January, 2013, a copy of the foregoing Joint Stipulation of Dismissal with Prejudice was served electronically via the Court's CM/ECF System on the following:

Jeffrey M. Feldman – feldman@frozenlaw.com

William J. Wailand – wailand@frozenlaw.com

Michael L. Burnett, pro hac vice – burnettm@gtlaw.com


OLES MORRISON RINKER & BAKER LLP

By: s/ *J. Craig Rusk*